## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR49 |
| vs. | ) | |
| CHRISTIAN ARMSTRONG | ) | ORDER |
| Defendant.. | ) | |

This matter is before the court on the defendant's Amended Motion to Continue Trial [19]. Counsel is seeking additional time to complete a full assessment of the discovery and to prepare for trial. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Amended Motion to Continue Trial [19] is granted as follows:

1. The jury trial, now set for April 25, 2017 is continued to **June 6, 2017.**

2. The defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. The defendant's Motion to Continue Trial [17] is denied as moot.

4. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 6, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED April 21, 2017.**

        **BY THE COURT:**

        **s/ F.A. Gossett III**
        **United States Magistrate Judge**