IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR49 |
| vs. | ORDER |
| CHRISTIAN ARMSTRONG, | |
| Defendant. | |

This matter is before the court on the Request for Transcript, filed by non-party Tina Nelson, ECF No. 49.

The request for a transcript of the sentencing hearing of Christian Armstrong, held on December 11, 2017, is granted, provided Tina Nelson contacts Brenda Fauber, 111 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript of Tina Nelson, ECF No. 49, is granted as to the transcript under the conditions described above, and otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Tina Nelson at the address provided in ECF No. 49.

Dated this 9th day of February, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge